IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 6/30/2021 |
| v. | : | |
| | : | |
| NENAD ILIC | : | Criminal No. 19-550 |
| #69915-066 | | |

**TAKE NOTICE** that the above-entitled case has been set for   Sentencing   in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on  August 2, 2021   at  1:30 p.m. before the Honorable  H a r v e y  B a r t l e  III , in Courtroom 17-B, 17th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

☒INTERPRETER REQUIRED
☒THIS PROCEEDING HAS BEEN RESCHEDULED FROM, 6/5/2020, 10/5/2020, 1/27/2021, 4/5/21, 7/7/21

Very truly yours,

/s/ Kristin R. Makely

Kristin R. Makely
Deputy Clerk to Judge Harvey Bartle III

Notice to:
Defendant, c/o Def Counsel
Defense Counsel, D. Cogan
A.U.S.A., J. Maiatico/K. Harrell
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)